IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JUNIOR L. LOUDERMILK,

        Plaintiff,

        v.                                               Civil Action No.1:07-cv-141

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## **ORDER DIRECTING PLAINTIFF TO FILE ADDITIONAL INFORMATION**

On October 17, 2007, Junior Loudermilk, ["Claimant"], filed a complaint for review of Defendant's denial of his application for Social Security benefits pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1381(c)(3) and an Application for Leave to Proceed in forma pauperis. Claimant's application reveals that he is not employed. Within the past twelve months, Claimant has not received any income from business, profession or self-employment, rent payments, interests or dividends, pensions, annuities or life insurance payments, disability or workers compensation payments, gifts or inheritances, or any other source. Claimant does not have any money in a checking or savings account. Claimant owns a house on which he owes $9,000 but he does not state its value. He owns a 1996 Chevy Corsica valued at $800.

Accordingly, it is ORDERED Claimant shall file under oath a pleading stating the appraised and assessed values of his "residential property" within fifteen days of the date of this order.

DATED: October 29, 2007

                                                                                 /s/ James E. Seibert

JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE